UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARSHA W. YEE,<br><br>      Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND,<br>Attorney General of the United States,<br><br>      Defendant. | Civil Action No. 21-1185 (ABJ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF PLAINTIFF'S RULE 56(D) MOTION

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), plaintiff moves for an extension of time to November 15, 2021, to file a reply in further support of her Rule 56(d) motion, ECF No. 9. In support of the instant motion, plaintiff states as follows:

1. On October 15, 2021, plaintiff filed her combined Rule 56(d) motion and opposition to defendant's pre-discovery dispositive motion. ECF Nos. 9, 10.

2. On October 22, 2021, defendant filed his combined reply in further support of his pre-discovery dispositive motion and opposition to plaintiff's Rule 56(d) motion. ECF Nos. 11, 12.

3. Under the default local civil rule, plaintiff's reply for her Rule 56(d) motion is due by October 29, 2021. *See* LCvR 7(d).

4. Plaintiff will need additional time to conduct research and to prepare her reply.

5. Additional time is also needed because of plaintiff's substantial caseload. For example, between November 1, 2021, and November 10, 2021, plaintiff's upcoming deadlines include a combined opposition to a cross-motion for summary judgment and a reply in further



**RECEIVED**

OCT 28 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

support of a motion for summary judgment, a combined opposition to a motion for summary judgment and a reply in further support of a motion to dismiss, a reply, and seven status reports or similar filings.

6.     This is the second extension that either party has sought in this case. Plaintiff previously sought and received an extension of time to prepare and file her response to defendant's pre-discovery dispositive motion. *See* Sept. 15, 2021, Minute Order.

7.     There are no other deadlines in this case. Thus, the requested extension will not impact any other deadline.

8.     Pursuant to Local Civil Rule 7(m), on October 28, 2021, plaintiff emailed defendant's counsel to ask for his position on this motion for an extension of time to November 15, 2021, to file a reply in further support of her Rule 56(d) motion.

9.     In an email, defendant's counsel stated that he has no objection to the relief requested herein.

WHEREFORE, plaintiff respectfully requests that the Court extend her time to November 15, 2021, to file a reply in further support of her Rule 56(d) motion. A proposed order is attached.

Dated:  October 28, 2021

                                                    /s/
                                            Marsha W. Yee
                                            2 Massachusetts Avenue, N.E.
                                            Unit 75823
                                            Washington, DC  20013
                                            (202) 252-2539

                                            *Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA W. YEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERRICK B. GARLAND, )<br>Attorney General of the United States, )<br>)<br>Defendant. )<br>) | Civil Action No. 21-1185 (ABJ) |

### [PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Extension of Time to File Reply in Further Support of Plaintiff's Rule 56(d) Motion, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is GRANTED. It is

FURTHER ORDERED that the time for Plaintiff to file her reply is hereby extended to and including November 15, 2021.

SO ORDERED.

Dated:_____

                                              AMY BERMAN JACKSON
                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARSHA W. YEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-1185 (ABJ) |
| ) | |
| MERRICK B. GARLAND, ) | |
| Attorney General of the United States, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, I emailed to defendant's counsel[1] a copy of the Unopposed Motion for Extension of Time to File Reply in Further Support of Plaintiff's Rule 56(d) Motion.

Dated: October 28, 2021

                                           /s/ Marsha W. Yee
                                           MARSHA W. YEE

---

[1] In an email, defendant's counsel agreed to accept service of my court filings via email.